# EXHIBIT A

## CIVIL CASE INFORMATION SHEET

CAUSE NUMBER *(FOR CLERK USE ONLY):* 2013 DCV-2273-B   COURT *(FOR CLERK USE ONLY):* 117th

STYLED Cecil Ray Russell v. Christus Spohn Health Systems Corporation d/b/a Christus Spohn Hospital – Corpus Christi

(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

| 1. Contact information for person completing case information sheet: | | Names of parties in case: | Person or entity completing sheet is: |
|---|---|---|---|
| Name:<br><br>Mark Anthony Sánchez, Esq | Email:<br><br>masanchez@gws-law.com | Plaintiff(s)/Petitioner(s):<br><br>Cecil Ray Russell | ☒Attorney for Plaintiff/Petitioner<br>☐Pro Se Plaintiff/Petitioner<br>☐Title IV-D Agency<br>☐Other: _____ |
| Address:<br><br>115 E. Travis, 19th Floor | Telephone:<br><br>(210) 222-8899 | | Additional Parties in Child Support Case: |
| City/State/Zip:<br><br>San Antonio, Texas 78205 | Fax:<br><br>(210) 222-9526 | Defendant(s)/Respondent(s):<br><br>Christus Spohn Health Systems | Custodial Parent: |
| Signature: | State Bar No:<br><br>00795857 | Corporation d/b/a Christus Spohn<br><br>Hospital – Corpus Christi | Non-Custodial Parent:<br><br>Presumed Father: |
| | | [Attach additional page as necessary to list all parties] | |

### 2. Indicate case type, or identify the most important issue in the case *(select only 1):*

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract*<br>☐Consumer/DTPA<br>☐Debt/Contract<br>☐Fraud/Misrepresentation<br>☐Other Debt/Contract: | ☐Assault/Battery<br>☐Construction<br>☐Defamation<br>*Malpractice*<br>☐Accounting<br>☐Legal | ☐Eminent Domain/<br>Condemnation<br>☐Partition<br>☐Quiet Title<br>☐Trespass to Try Title<br>☐Other Property: | ☐Annulment<br>☐Declare Marriage Void<br>*Divorce*<br>☐With Children<br>☐No Children | ☐Enforcement<br>☐Modification—Custody<br>☐Modification—Other<br>**Title IV-D** |
| *Foreclosure*<br>☐Home Equity—Expedited<br>☐Other Foreclosure<br>☐Franchise<br>☐Insurance<br>☐Landlord/Tenant<br>☐Non-Competition<br>☐Partnership<br>☐Other Contract: | ☐Medical<br>☐Other Professional<br>Liability:<br><br>☐Motor Vehicle Accident<br>☐Premises<br>*Product Liability*<br>☐Asbestos/Silica<br>☐Other Product Liability<br>List Product:<br><br>☐Other Injury or Damage: | **Related to Criminal Matters**<br>☐Expunction<br>☐Judgment Nisi<br>☐Non-Disclosure<br>☐Seizure/Forfeiture<br>☐Writ of Habeas Corpus—<br>Pre-indictment<br>☐Other: | **Other Family Law**<br>☐Enforce Foreign<br>Judgment<br>☐Habeas Corpus<br>☐Name Change<br>☐Protective Order<br>☐Removal of Disabilities<br>of Minority<br>☐Other: | ☐Enforcement/Modification<br>☐Paternity<br>☐Reciprocals (UIFSA)<br>☐Support Order<br><br>**Parent-Child Relationship**<br>☐Adoption/Adoption with<br>Termination<br>☐Child Protection<br>☐Child Support<br>☐Custody or Visitation<br>☐Gestational Parenting<br>☐Grandparent Access<br>☐Parentage/Paternity<br>☐Termination of Parental<br>Rights<br>☐Other Parent-Child: |
| **Employment** | **Other Civil** | | | |
| ☒Discrimination<br>☐Retaliation<br>☐Termination<br>☐Workers' Compensation<br>☐Other Employment: | ☐Administrative Appeal<br>☐Antitrust/Unfair<br>Competition<br>☐Code Violations<br>☐Foreign Judgment<br>☐Intellectual Property | ☐Lawyer Discipline<br>☐Perpetuate Testimony<br>☐Securities/Stock<br>☐Tortious Interference<br>☐Other: | | |
| **Tax** | *Probate & Mental Health* | | | |
| ☐Tax Appraisal<br>☐Tax Delinquency<br>☐Other Tax | *Probate/Wills/Intestate Administration*<br>☐Dependent Administration<br>☐Independent Administration<br>☐Other Estate Proceedings | ☐Guardianship—Adult<br>☐Guardianship—Minor<br>☐Mental Health<br>☐Other: | | |

### 3. Indicate procedure or remedy, if applicable *(may select more than 1):*

| ☐Appeal from Municipal or Justice Court | ☐Declaratory Judgment | ☐Prejudgment Remedy |
|---|---|---|
| ☐Arbitration-related | ☐Garnishment | ☐Protective Order |
| ☐Attachment | ☐Interpleader | ☐Receiver |
| ☐Bill of Review | ☐License | ☐Sequestration |
| ☐Certiorari | ☐Mandamus | ☐Temporary Restraining Order/Injunction |
| ☐Class Action | ☐Post-judgment | ☐Turnover |

### 4. Indicate damages sought *(do not select if it is a family law case):*

☐Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
☐Less than $100,000 and non-monetary relief
☐Over $100,000 but not more than $200,000
☒Over $200,000 but not more than $1,000,000
☐Over $1,000,000

Rev 2/13

CAUSE NO. 2013-DCV-2273-B

| | | |
|---|---|---|
| CECIL RAY RUSSELL | § | IN THE DISTRICT COURT |
|      Plaintiff, | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | 117th JUDICIAL DISTRICT |
| | § | |
| | § | |
| | § | |
| CHRISTUS SPOHN HEALTH SYSTEM | § | |
| CORPORATION d/b/a CHRISTUS | § | |
| SPOHN HOSPITAL – CORPUS CHRISTI | § | |
|      Defendant. | § | NUECES COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES PLAINTIFF CECIL RAY RUSSELL, by and through his undersigned attorneys of record, and, in accordance with the Texas Rules of Civil Procedure, files this, his Original Petition, against DEFENDANT CORPORATION d/b/a CHRISTUS SPOHN HOSPITAL – CORPUS CHRISTI. For cause of action, Mr. Russell would show unto the Court the following:

### I.
### DISCOVERY CONTROL PLAN

1.    Mr. Russell intends that discovery be conducted under Level 2. He affirmatively pleads that he seeks monetary relief aggregating more than $200,000.00, but not exceed $1,000,000.00 and injunctive relief.

## II.
## THE PARTIES

2.    Mr. Russell is a citizen of the United States and a Texas resident living at 3410 Crestmeadow Street, Corpus Christi, Nueces County, Texas 78415. He is African-American and was born on October 24, 1957.

3.    Defendant, Christus Spohn Health Systems Corporation d/b/a Christus Spohn Hospital – Corpus Christi, is a domestic not-for-profit corporation operating pursuant to the laws of the State of Texas. Defendant can be served with service of process upon Corporation Service Company d/b/a CSC ~ Lawyers Incorporating Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

## III.
## JURISDICTION

4.    On or about November 4, 2011 and within 180 days after Defendant terminated him, Mr. Russell timely filed a Charge of Discrimination against Defendant with the appropriate administrative agencies, including the United States Equal Employment Opportunity Commission ("EEOC") identified as Charge No. 36B-2012-00016 and the Civil Rights Division of the Texas Workforce Commission ("TWC") identified as Charge No. 36B-2012-00016.[1] Mr. Russell subsequently amended his charge on December 22, 2011 and January 25, 2012.

5.    On or about February 25, 2013, Mr. Russell received a Notice of Right to File a Civil Action (hereinafter "Notice") from the TWC.[2]

6.    By filing a Charge of Discrimination, receiving his Notice, and filing suit within 60 days of receiving his Notice, Mr. Russell has complied with all conditions precedent and exhausted all applicable administrative remedies prior to filing suit.

---

[1] See Exhibit 1, Charge of Discrimination, annexed hereto and incorporated by reference as if fully set forth herein.
[2] See Exhibit 2, Notice, annexed hereto and incorporated by reference as if fully set forth herein.

2

## IV.
## VENUE

7.    Because the acts and omissions forming the basis of this suit occurred in Nueces County, Texas, venue is appropriate in the district courts of Nueces County, Texas.

8.    Defendant, at all relevant times hereto, was Mr. Russell's employer as defined by and within the meaning of the Texas Labor Code.

## V.
## STATEMENT OF FACTS

9.    Defendant hired Mr. Russell on or about December 17, 2001 to serve in the position of Ortho Tech, but was later promoted to the position of ER Tech. He possessed the requisite skill, experience, education and other job-related requirements for the positions he held. Mr. Russell worked at Defendant's facility located at 2606 Hospital Boulevard, Corpus Christi, Nueces County, Texas 78405.

10.    In 2008 and 2009, Mr. Russell filed internal discrimination complaints with upper management. He felt that his supervisor, Linda Snyder ("Snyder") targeted him for discrimination based upon his race and religion. He also felt that Snyder had created a hostile work environment. During this time frame, Snyder and other upper-level managers regularly showed favoritism toward younger and non-African-American employees by allowing them to report to work late and to remain absent from assigned work-stations for extended periods of time while such work rules were strictly applied to Mr. Russell. Snyder and other upper level managers denied, interfered with and restrained Mr. Russell's ability to read the Holy Bible on his free time while other younger employees were allowed to access inappropriate internet web sites of a sexual nature.

3

11.     On or about April 21, 2011, Snyder issued Mr. Russell a Chronological Coaching Record listing several alleged customer complaints made against Mr. Russell and placed him on probation for 90 days. Snyder never made Mr. Russell aware of any alleged complaints made against him nor did she give Mr. Russell a meaningful opportunity to respond.

12.     On or about January 24, 2012, Snyder terminated Mr. Russell for allegedly administering aspirin to a patient without proper authority. Mr. Russell contends he was asked to dispense the aspirin by a registered nurse. He further contends that other younger and non-African-American ER Techs have dispensed medications and have not been terminated.

## VI.
## VIOLATIONS OF THE TEXAS LABOR CODE

13.     By and through his Original Petition, Mr. Russell pleads that he suffered an adverse employment actions including, but not limited to, termination.

14.     By and through his Original Petition, Mr. Russell pleads that he was hired by Defendant and, *ipso facto*, was qualified for the position he held based upon the requisite skill, experience, education and other job-related requirements for the position.

15.     By and through his Original Petition, Mr. Russell pleads that Defendant maintains a pattern and practice of discriminating against African-Americans, including himself, in its employment practices. More specifically, Mr. Russell pleads that he was terminated while Anglo employees that engaged in nearly identical conduct were not.

16.     By and through his Original Petition, Mr. Russell pleads that Defendant, as a direct and proximate result of the fact that he opposed practices made unlawful by the Texas Labor Code and because he made a charge, testified, assisted or participated in any manner in an investigation, proceeding or hearing governed by the Texas Labor Code, retaliated against him by terminating him.

17.    By and through his Original Petition, Mr. Russell pleads that Defendant maintains a pattern and practice of discriminating against employees over 40 years of age, including himself, in its employment practices.   Mores specifically, Mr. Russell pleads that he was terminated while younger employees that engaged in nearly identical conduct were not.  He was either i) replaced by someone outside the protected class, ii) replaced by someone younger, or iii) otherwise suffered discrimination because of his age.

18.    By and through his Original Petition, Mr. Russell pleads that Defendant failed and/or refused to accommodate his reasonable religious beliefs and needs when such accommodation could be made without serious inconvenience to the conduct of its day-to-day business.   More specifically, Mr. Russell pleads that Defendant denied him the opportunity to read the Holy Bible at work while allowing other, younger employees access to inappropriate internet web sites of a sexual nature.

### VII.
### VIOLATIONS OF 42 U.S.C. §1981

19.    By and through his Original Petition, Mr. Russell pleads that Defendant, through its employees, agents, and representatives, intentionally deprived him of the right to make and enforce contracts to the full and equal benefit of the law as enjoyed by white citizens.  Defendant deprived him of such right by creating a hostile work environment, by retaliating against him for engaging in protected conduct and opposing unlawful conduct, and by eventually terminating him.

### VIII.
### DAMAGES

20.    By and through his Original Petition, Mr. Russell pleads that Defendant, and its agents, employees and representatives, have caused him grievous harm and damages.  As a direct

5

and proximate result of its violations of Texas law, Defendant has caused Mr. Russell to suffer extensive damages in amounts within the jurisdictional limits of this Court.

21.     By and through his Original Petition, Mr. Russell pleads that Defendant has caused him to suffer acute mental anguish and severe emotional distress including, but not limited to, intense feelings of guilt and depression, anxiety, worry, apprehension, low self-esteem, severe humiliation, belittlement, shame, uncontrollable panic attacks, loss of sleep and appetite, and alienation of affection from his family and friends. Mr. Russell will, in all likelihood and for the balance of his life, continue to suffer these damages.

22.     By and through his Original Petition, Mr. Russell pleads that Defendant caused him to suffer lost wages, lost future wages, and loss of other valuable employment benefits such as insurance and retirement benefits.  Mr. Russell will continue to suffer these wages and benefits into the foreseeable future.

23.     Mr. Russell was forced to secure the undersigned counsel to protect his rights guaranteed by the Texas Labor Code and, therefore, requests an award of attorney's fees and taxable costs of Court.

WHEREFORE, PREMISES CONSIDERED, PLAINTIFF CECIL RAY RUSSELL respectfully prays that, upon final trial on the merits, he recover judgment against DEFENDANT CHRISTUS SPOHN HEALTH SYSTEM CORPORATION d/b/a CHRISTUS SPOHN HOSPITAL – CORPUS CHRISTI, said judgment entitling him to:

1.     Compensation for all reasonable damages, including, but not limited to, past and future wages and other compensation, in an amount to be determined upon inquest;

2.     Compensation for compensatory damages such as mental anguish and emotional pain and suffering, in an amount to be determined upon inquest;

3.     A mandatory injunction reinstating Mr. Russell to full employment, with all lost

wages and pertinent employment benefits, retroactive January 24, 2012;

4.    Reasonable and necessary attorney's fees;

5.    All taxable costs of court expended in this lawsuit;

6.    Pre-judgment and post-judgment interest, at the maximum rate permitted by law;

7.    Such other and further legal relief, either at law or equity, to which Mr. Russell may be justly entitled.

Respectfully submitted,

GALE, WILSON & SÁNCHEZ, P.L.L.C.
MARK ANTHONY SÁNCHEZ, ESQ.
CHRISTOPHER JOHN GALE, ESQ.
115 East Travis Street, 19th Floor
San Antonio, Texas 78205
(210) 222-8899
(210) 222-9526 (Telecopier)
ATTORNEYS FOR PLAINTIFF

By: _____
MARK ANTHONY SÁNCHEZ, ESQ.
TEXAS STATE BAR NO. 00795857
CHRISTOPHER JOHN GALE, ESQ.
TEXAS STATE BAR NO. 00793766

DOCS:My Files:1-Sanchez:Samarron, Santiago:Pleadings:Petition - Original.doc

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| X FEPA | 36B-A12-0016 |
| X EEOC | 36B-2012-00016 |

**City of Corpus Christi Human Relations Commission** and EEOC

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Cecil R. Russell | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 3410 Crestmeadow Street | Corpus Christi, TX 78415 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CHRISTUS SPOHN MEMORIAL HOSPITAL | 500 or More | (361) 902-4000 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 2601 Hospital Blvd.   Corpus Christi, TX 78405 | | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

| | | | | |
|---|---|---|---|---|
| ☐ RACE | ☐ COLOR | ☐ SEX | ☐ RELIGION | ☐ NATIONAL ORIGIN |
| X RETALIATION | ☐ AGE | ☐ DISABILITY | | ☐ GENETIC INFORMATION |
| ☐ OTHER (Specify) | | | | |

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| 05-04-2011 | 11-04-2011 |

X CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

On or about May 4, 2011, I filed a Charge of Discrimination alleging disparate treatment. Beginning from that date and continuing, I have been retaliated against for filing my Charge of Discrimination. For example, I am schedule almost exclusively to work in the "POD" while other technicians are schedule on a rotation between the POD, triage, red team, or blue team. I have frequently been the only technician scheduled in the POD area and when I requested help due to heavy patient need, I was denied help. Other technicians are given assistance when working alone. My lab orders are entered by the RN's and other technicians when other ER technicians enter their own Lab orders unless they specifically request otherwise. I am pulled from my lab work to do menial tasks such as service equipment and tie computer cables.

Following the dismissal of my EEOC complaint, I was called to a meeting on August 4, 2011, where complaints were alleged against me for such matters as scaring patients, asking family members to leave the POD area, threatening to call the police on a patient, and a complaint that I talked to a patient when he had asked me not to speak. The meeting was intended to harass and intimidate me now that the company had been informed of the dismissal of my complaint.

Following the dismissal, the retaliation has continued on a daily basis. I have been harassed and accused of being tardy when I clocked in at 9:00 a.m., my shift start time. Other technicians are tardy and are not spoken to. I have been accused of leaving

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| Nov 04, 2011 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date          Charging Party Signature | 11/4/2011 |

SHELLEY FRANCO
MY COMMISSION EXPIRES
February 9, 2015

**EXHIBIT**
1

ALL-STATE LEGAL®

02-14-13;03:27PM;                                      12102229526                          #  4/ 16

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act
Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| X FEPA | 36B-A12-0016 |
| X EEOC | 36B-2012-00016 |

## City of Corpus Christi Human Relations Commission
State or local Agency, if any                                           and EEOC

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

incomplete patient charts at the end of my shift when the complaint was made at a time that I was not on shift. Printing of lab orders has been stopped while I am at lunch, and when I return, I am harassed because lab draws have not been done. I have been questioned where have I been when I have been fulfilling lab orders, and accused of avoiding work. Other technicians are not questioned when they leave the area. On October 25, 2011, I was given a written disciplinary action for being absent although my supervisor did not follow the company's disciplinary steps. I believe these instances and more are pretext to discriminate against me in retaliation for my filing a complaint of discrimination.

Based upon the information given herein, I believe I have been discriminated against based upon  Retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended and City of Corpus Christi Code of Ordinances – Chapter 24 Human Relations, as amended.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements <br> Shelley Franco |
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| Nov 04, 2011 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) |
| Date                    Charging Party Signature | 11 / 4 / 2011  SHELLEY FRANCO <br> MY COMMISSION EXPIRES <br> February 8, 2015 |

02-14-13;03:27PM;                                    12102229526                                    #  9/ 16

**Equal Employment Opportunity Commission**
**Form 5 – Charge of Discrimination, Additional Text**

Charge No: 36B–2012–00016 (Amended)
Charging Party: Cecil R. Russell
Respondent:  Christus Spohn Memorial Hospital

## AMENDMENT

On January 24, 2012, I was discharged for administering medication to a patient. Other ER Technicians have done same or similar things and have been suspended but not discharged.

I believe I was discharged in retaliation for having filed several charges of discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

_1/26/12_
Date

_Cecil Russell_

101 East 15ᵗʰ Street, Room 144T
Austin, TX.78778-0001
www.twc.state.tx.us



(512) 463-2642 Main
(512) 463-2643 Fax
(888) 452-4778 Toll Free

## Texas Workforce Commission
### Civil Rights Division

2/22/2013

## NOTICE OF RIGHT TO FILE A CIVIL ACTION

*Cecil R. Russell*
c/o Mark A. Sanchez, Esq.
Gale, Wilson & Sanchez
115 East Travis, 19th Floor
San Antonio, TX 78205

Re:     *Cecil R. Russell v. CHRISTUS SPOHN MEMORIAL HOSPITAL*
        EEOC Complaint # 36B-2012-00016
        CRD/Local Commission Complaint #36B-A12-0016

The above-referenced case was processed by the United States Equal Employment Opportunity Commission or a local agency. Pursuant to Sections 21.252 and 21.254 of the Texas Labor Code, this notice is to advise you of your right to bring a private civil action in state court in the above-referenced case. YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.

If your case has been successfully resolved by the U. S. Equal Employment Opportunity Commission or another agency through a voluntary settlement or conciliation agreement, you may be prohibited by the terms of such an agreement from filing a private civil action in state court pursuant to the Texas Commission on Human Rights Act, as amended.

The United States Supreme Court has held in *Kremer v. Chemical Construction Corporation*, 456 U.S. 461 (1982), that a federal district court must generally dismiss a Title VII action involving the same parties and raising the same issues as those raised in a prior state court action under Chapter 21 of the Texas Labor Code. Therefore, filing a lawsuit in state court based on the issuance of this notice of right to file a civil action may prevent you from filing a lawsuit in federal court based on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e - et seq.

Sincerely,

Jonathan Babiak
Division Director

### RETAIN ENVELOPE TO VERIFY DATE RECEIVED

Copy to:

CHRISTUS SPOHN MEMORIAL HOSPITAL
2601 Hospital Blvd.
Corpus Christi, TX 78405

**EXHIBIT**
2
ALL-STATE LEGAL

CERT-C-NCO2(6/92)

WILSON & SA...
FEB 2 5 2013
RECEIVED

*"The Texas Workforce Commission Civil Rights Division is an Equal Opportunity Employer"*

UNITED STATES POSTAGE

$ 00.46

02 1R
000209.6085          FEB 22 2013
MAILED FROM ZIP CODE 78701

Texas Workforce Commission
Civil Rights Division
101 East 15th Street, Room 144T
Austin, TX 78778-0001

**OFFICIAL BUSINESS**
PENALTY FOR PRIVATE USE $300

# GALE, WILSON & SÁNCHEZ

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

MARK ANTHONY SÁNCHEZ, ESQ.
*Board Certified - Labor and Employment Law*
*Texas Board of Legal Specialization*

April 23, 2013

Ms. Patsy Perez
Nueces County District Clerk
Nueces County Courthouse
901 Leopard, Room 313
Corpus Christi, Texas 78401

Re:    Cecil Ray Russell v. Christus Spohn Health Systems
       Corporation d/b/a Christus Spohn Hospital – Corpus Christi
       Cause No. 2013DCV-2273-B
       G, W & S File No. 5550
       **Plaintiff's Original Petition**

Dear Ms. Perez:

Enclosed please find the original and two copies of Plaintiff's Original Petition and check no.
11945 in the amount of $269.00 for the filing fee, jury demand and citation. I respectfully
request that you file the originals amongst your papers and return a file-stamped copy to my
attention *via* the self-addressed stamped, envelope provided for your convenience.

With kindest regards, I remain

Very Truly Yours,

MARK ANTHONY SÁNCHEZ, ESQ.

FILED-PATSY PEREZ
2013 APR 25 PM 12:53

MAS/ld
Enclosures
*VIA* CMRRR: 7012 1010 0003 1387 6109

cc:    Mr. Cecil R. Russell
       3410 Crestmeadow Street
       Corpus Christi, Texas 78415
       (w/out copy of enclosures)
       *VIA* ELECTRONIC MAIL COMMUNICATION ONLY revcrussell@yahoo.com

G:\My Files\1-Sanchez\Russell, Cecil\Perez1.doc

Citation for Personal Service –RESIDENT

Cause Number: **2013DCV-2273-B**

THE STATE OF TEXAS

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO:  **Christus Spohn Health System Corporation D/B/A Christus Spohn Hospital –Corpus Christi**
**By Serving Registered Agent Corporation Service Company D/B/A**
**CSC-lawyers Incorporating Service Company**
**211 East 7th Street Suite 620**
**Austin Texas 78701-3218**
the Defendant,

GREETING:  You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition;**
**Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Sandra L. Watts, 117th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 25th day of April, 2013.  A copy of same accompanies this citation.
The file number of said suit being Number:  **2013DCV-2273-B**

The style of the case is:  **Cecil Ray Russell vs.  Christus Spohn Health System Corporation**

Said Petition was filed in said court by **MARK ANTHONY SANCHEZ**, attorney for Plaintiff, whose address is **115 E Travis Street 19th Floor San Antonio Tx  78205.**

The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.
The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 30th day of April, 2013.

COPY ONLY
NOT VALID FOR SERVICE

**PATSY PEREZ, District Clerk**
**901 Leopard**
**Corpus Christi, Texas 78401**
**Nueces County, Texas**

BY _____ **DEPUTY**
        **SUBRONZE LUCAS**

## RETURN OF SERVICE

2013DCV-2273-B

CECIL RAY RUSSELL
VS.
CHRISTUS SPOHN HEALTH
SYSTEM CORPORATION

117TH DISTRICT COURT

Name _____

**ADDRESS FOR SERVICE**
Christus Spohn Health System
Corporation D/B/A Christus
Spohn Hospital –Corpus
Christi By Serving Registered
Agent Corporation Service

Company D/B/A CSC-lawyers
Incorporating Service
Company 211 East 7th Street
Suite 620 Austin Texas 78701-
3218

### OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the _____ day of _____ 20_____ at _____ o'clock _____. m., and executed in _____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the accompanying copy of the _____ , at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|------|-----------|-------------------------------------------|
|      |           |                                           |

And not executed as to the defendant(s), _____
The diligence used in finding said defendant(s) being:

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

| Fees: | | Officer _____ |
|-------|--|----------------------------------|
| Serving Petition and Copy | $ _____ | County, Texas |
| Total | $ _____ | By _____ Deputy |

### COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the return shall be signed under penalty of perjury and contain the following statement.

"My name is _____, my date of birth is _____, and my
(First, Middle, Last)

address is _____
(Street, City, State, Zip, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in _____ County, State of _____, on the _____ day of
of _____, 20_____.

_____
Declarant / Authorized Process Server

_____
ID# & Expiration of Certification

# NUECES COUNTY PROCESS REQUEST SHEET
### 901 LEOPARD STREET ROOM 313 / CORPUS CHRISTI, TEXAS 78401
### PHONE # 361-888-0450  /  FAX # 361-888-0571

*FOR EACH PARTY SERVED YOU MUST FURNISH A COPY OF THE PLEADINGS.*
*TWO SETS OF COPIES FOR SEC. OF STATE / COM. OF INSURANCE, ETC.*

*SERVICE WILL ONLY BE ISSUED UPON PAYMENT OF COST*

**CAUSE NUMBER:** 2013 DCV-2273-B  **DATE OF REQUEST:** 4/23/2013

Cecil Ray Russell v. Christus Spohn Health Systems Corporation d/b/a Christus Spohn Hospital – Corpus Christi

## NAME OF DOCUMENT/PLEADING TO BE SERVED:

Plaintiff's Original Petition

**SERVICE BY:**
[X] ATTORNEY OR PROCESS SERVER: Thomas Brady _____ PHONE: (210) 887-2402

[ ] CERTIFIED MAIL  [ ] RESTRICTED DELIVERY  [ ] CONSTABLE/SHERIFF  [ ] RETURN BY MAIL

[ ] COURTHOUSE POSTING  # OF DAYS TO BE POSTED: _____ STATEMENT OF SUIT (**USE REVERSE SIDE**)

[ ] PUBLICATION  # OF DAYS TO BE PUBLISHED: _____

NAME OF NEWSPAPER: _____

**PARTY/PARTIES TO BE SERVED:**
[1] NAME/AGENT Corporation Service Company d/b/a CSC – Lawyers Incorporating Service Company
    ADDRESS  211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

[2] NAME/AGENT _____
    ADDRESS _____

[3] NAME/AGENT _____
    ADDRESS _____

## SIGNATURE REQUIRED BY ATTORNEY OR PARTY REQUESTING PROCESS:

NAME _____ PHONE NUMBER (210) 222-8899

MAILING ADDRESS 115 East Travis, 19th Floor, San Antonio, Texas 78205



# GALE, WILSON, & SÁNCHEZ

A Professional Limited Liability Company
Attorneys at Law

115 East Travis, 19th Floor
Telephone: (210) 222-8899

San Antonio, Texas 78205
Telecopier: (210) 222-9526

## TELECOPIER TRANSMISSION

Recipient:      Mr. Subronze Lucas
                Nueces County District Clerk's Office

Telecopier:     1-(361)-888-0571

Date:           April 30, 2013

Sender:         Lysset De Luna on behalf of MARK ANTHONY SÁNCHEZ, ESQ.

Re:             Cecil Ray Russell v. Christus Spohn Health Systems
                Corporation d/b/a Christus Spohn Hospital – Corpus Christi
                Cause No. 2013-DCV-2273B
                G, W & S File No. 5550
                **Citation**

Number of Pages:      1

Please return the citation to our office for service by private process server. Thank you.
Lysset

FILED-PATSY PEREZ
2013 MAY -1 AM 8:17
CLERK OF COUNTY &
DISTRICT COURTS
NUECES COUNTY, TEXAS
BY_____ DPTY

## CONFIDENTIALITY NOTICE

The information contained in this telecopier transmission is privileged and confidential information intended only for the person identified as the recipient. If the reader of this transmission is not the recipient, you are hereby notified that dissemination, distribution or reproduction of this transmission to any person other than the recipient is prohibited. If you have received this transmission in error, please contact the sender at the telephone number listed above.

ORIGINAL

Citation for Personal Service –RESIDENT

Cause Number: **2013DCV-2273-B**

THE STATE OF TEXAS

 NOTICE TO DEFENDANT: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: **Christus Spohn Health System Corporation D/B/A Christus Spohn Hospital –Corpus Christi**
 **By Serving Registered Agent Corporation Service Company D/B/A**
 **CSC-lawyers Incorporating Service Company**
 **211 East 7th Street Suite 620**
 **Austin Texas 78701-3218**
the Defendant,

GREETING: You are commanded to appear by filing a written answer to the **Plaintiff's Original Petition;**
**Civil Case Information Sheet** at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the **Honorable Sandra L. Watts**, **117th District Court** of Nueces County, Texas at the Courthouse of said County in Corpus Christi, Texas. Said Petition was filed on the 25th day of April, 2013. A copy of same accompanies this citation.
The file number of said suit being Number: **2013DCV-2273-B**

The style of the case is: **Cecil Ray Russell vs. Christus Spohn Health System Corporation**

Said Petition was filed in said court by **MARK ANTHONY SANCHEZ**, attorney for Plaintiff, whose address is **115 E Travis Street 19th Floor San Antonio Tx 78205**.

 The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

 The officer executing this writ shall promptly mail the same according to requirement of law, and the mandates thereof, and make due return as the law directs.

 Issued and given under my hand and seal of said court at Corpus Christi, Texas, this 30th day of April, 2013.

PATSY PEREZ, District Clerk
901 Leopard
Corpus Christi, Texas 78401
Nueces County, Texas

BY _____ DEPUTY
SUBRONZE LUCAS

## RETURN OF SERVICE

2013DCV-2273-D

CECIL RAY RUSSELL
VS.
CHRISTUS SPOHN HEALTH
SYSTEM CORPORATION

117TH DISTRICT COURT

Name

ADDRESS FOR SERVICE

Christus Spohn Health System         Company D/B/A CSC-lawyers
Corporation D/B/A Christus            Incorporating Service
Spohn Hospital –Corpus               Company 211 East 7th Street
Christi By Serving Registered         Suite 620 Austin Texas 78701-
Agent Corporation Service            3218

## OFFICER'S OR AUTHORIZED PERSON'S RETURN

Came to hand on the ___6___ day of __May_____, 20_13_, at __6___ o'clock _P_ . m., and executed in
__Nueces_____ County, Texas by delivering to the within named defendant in person, a true copy of this Citation with the
date of delivery endorsed thereon, together with the accompanying copy of the _Citation_____, at the following times and places, to-wit:

| NAME | DATE/TIME | PLACE, COURSE & DISTANCE FROM COURTHOUSE |
|---|---|---|
| Corp. Ser. Co. | 5-10-13 | |

And not executed as to the defendant(s), _____ AT RNAME SERV CL_____
The diligence used in finding said defendant(s) being: CECIL RAY RUS

and the cause of failure to execute this process is:

and the information received as to the whereabouts of said defendant(s) being:

| Fees: | | Officer |
|---|---|---|
| Serving Petition and Copy | $_____ | County, Texas |
| Total | $_____ | By _____ Deputy |

## COMPLETE IF YOU ARE A PERSON OTHER THAN A SHERIFF, CONSTABLE, OR CLERK OF THE COURT.

In accordance with Rule 107: The officer or authorized person who serves, or attempts to serve, a citation shall sign the return. The
signature is not required to be verified. If the return is signed by a person other than a sheriff, constable, or the clerk of the court, the
return shall be signed under penalty of perjury and contain the following statement:

"My name is __Thomas L. Blake_____, my date of birth is __12-4-40_____, and my
             (First, Middle, Last)

address is __8915 Data Point Hu5 San Antonio, TX 78201_____
           (Street, City, State, Zip, Country)

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.
Executed in __Travis_____ County, State of __TEXAS_____, on the _10_ day of
of __May_____, 20_13_.

_____
Declarant / Authorized Process Server

__564/55____  __10-31-14__
ID# & Expiration of Certification

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete
   item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Corporation Service Company d/b/a
CSC – Lawyers Incorporating Service
Company
211 East 7th Street, Suite 620
Austin, Texas 78701-3218

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Chris Hornsby_     ☐ Agent
                       ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery
   Christopher Hornsby           5-10-13

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail      ☐ Express Mail
   ☐ Registered          ☒ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   7012 1010 0003 1387 6123

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

*Thomas Brady*
*8915 Datapoint 42H*
*San. Antonio, TX 78229*

# GALE, WILSON & SÁNCHEZ

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

May 20, 2013

**MARK ANTHONY SÁNCHEZ, ESQ.**
*Board Certified - Labor and Employment Law*
*Texas Board of Legal Specialization*

Ms. Patsy Perez
Nueces County District Clerk
Nueces County Courthouse
901 Leopard, Room 313
Corpus Christi, Texas 78401

Re:    Cecil Ray Russell v. Christus Spohn Health Systems
       Corporation d/b/a Christus Spohn Hospital – Corpus Christi
       Cause No. 2013DCV-2273-B
       G, W & S File No. 5550
       **Citation**

Dear Ms. Perez:

Enclosed please find the original and two copies of executed Citation that was served on the Registered Agent for Christus Spohn Health Systems Corporation d/b/a Christus Spohn Hospital – Corpus Christi on May 10, 2013 in the above-referenced matter. I respectfully request that you file the originals amongst your papers and return a file-stamped copy to my attention *via* the self-addressed stamped, envelope provided for your convenience.

With kindest regards, I remain

Very Truly Yours,

MARK ANTHONY SÁNCHEZ, ESQ.

MAS/ld
Enclosures

cc:    Mr. Cecil R. Russell
       3410 Crestmeadow Street
       Corpus Christi, Texas 78415
       (w/out copy of enclosures)
       *VIA* ELECTRONIC MAIL COMMUNICATION ONLY revcrussell@yahoo.com

G:\My Files\1-Sanchez\Russell, Cecil\Correspondence\Perez2.doc

115 EAST TRAVIS, 19TH FLOOR  •  SAN ANTONIO, TEXAS 78205
TELEPHONE: (210) 222-8899  •  TELECOPIER: (210) 222-9526

Filed
13 May 31 P4:27
Patsy Perez
District Clerk
Nueces District

2013DCV-2273-B

| | | |
|---|---|---|
| CECIL RAY RUSSELL | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| CHRISTUS SPOHN HEALTH | § | |
| SYSTEM CORPORATION D/B/A | § | 117TH JUDICIAL DISTRICT |
| CHRISTUS SPOHN HOSPITAL – | § | |
| CORPUS CHRISTI | § | |
| | § | |
| | § | |
| Defendant. | § | NUECES COUNTY, TEXAS |

## ORIGINAL ANSWER OF DEFENDANT
## CHRISTUS SPOHN HEALTH SYSTEM CORPORATION

Defendant CHRISTUS Spohn Health System Corporation d/b/a CHRISTUS Spohn Hospital Corpus Christi ("CHRISTUS") files this its Original Answer to Plaintiff's Original Petition, and would show the Court the following:

### General Denial

1.      As authorized by Rule 92 of the Texas Rules of Civil Procedure, CHRISTUS asserts a general denial and requests that the Court require Plaintiff to prove the charges and allegations against Defendant by preponderance of the evidence as required by the Constitution and laws of the State of Texas.

### Affirmative Defenses and Other Defensive Matters

CHRISTUS pleads, in the alternative, the following affirmative defenses and other defensive matters:

2.      Plaintiff failed to mitigate his damages.

3.      For events occurring, and causes of action asserted, outside the applicable administrative limitations and statutory limitations, Plaintiff is barred from recovery.

4.    For one or more claims, Plaintiff has failed to exhaust his administrative remedies and has failed to meet all statutory prerequisites to filing this suit.

5.    Plaintiff's damages, if any, were not proximately caused by the acts or omissions of CHRISTUS.

7.    CHRISTUS at all times acted in good faith to comply with the requirements of statutes under which Plaintiff's claims are brought in this action.

8.    Plaintiff's right to compensatory and punitive damages, if any, is limited by §21.2585 of the Texas Labor Code.

9.    CHRISTUS is entitled under §21.258(c) of the Texas Labor Code to have any back pay award to Plaintiff reduced by interim earnings and any monetary benefits received by Plaintiff during the period for which Plaintiff seeks damages from CHRISTUS.

10.   Any adverse employment actions taken against Plaintiff were based on legitimate non-discriminatory grounds.

11.   CHRISTUS exercised reasonable care to prevent and correct discriminatory behavior in its workplace, if any.

12.   Plaintiff unreasonably failed to take advantage of any preventive or corrective opportunities provided by CHRISTUS or to otherwise avoid the alleged harm.

13.   To the extent any discriminatory conduct was directed to Plaintiff, which is denied, it was not directed by an employee, agent or representative of CHRISTUS acting within the course and scope of their employment-related duties with CHRISTUS, nor did CHRISTUS direct, authorize or ratify any such actions.

<u>Prayer</u>

CHRISTUS prays that Plaintiff take nothing by reason of this suit, and that CHRISTUS recover its costs and such other and further relief to which CHRISTUS may show itself justly entitled.

Respectfully submitted,

BEIRNE, MAYNARD & PARSONS, L.L.P.

By: _____

Danya W. Blair
State Bar No. 00790315
1300 Post Oak Blvd., Suite 2500
Houston, TX 77056
Telephone: 713-623-0887
Facsimile: 713-960-1527

Marc K. Whyte
State Bar No. 24056526
112 East Pecan, Suite 2750
San Antonio, Texas 78205
Telephone: 210-582-0220
Facsimile: 210-582-0231

**ATTORNEYS FOR DEFENDANT
CHRISTUS SPOHN HEALTH
SYSTEM CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was sent to the following attorneys of record by certified mail, return receipt requested on this 31st day of May, 2013.

GALE, WILSON & SANCHEZ, PLLC
Marc Sanchez
Christopher Gale
115 E. Travis St., 19th Floor
San Antonio, Texas 78205
(210) 222-8899
(210) 222-9526 – fax

_____
Marc K. Whyte